# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 10-3017**                    **September Term 2011**

**1:08-cr-00344-EGS-1**

**Filed On:** April 11, 2012

United States of America,

       Appellee

      v.

Jesus Rodriguez,

       Appellant


**BEFORE:**    Henderson, Circuit Judge, and Williams and Ginsburg, Senior Circuit Judges

### O R D E R

Upon consideration of the court's order to show cause filed March 9, 2012, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the sealed opinion filed March 9, 2012, be unsealed.  The Clerk is directed to unseal the opinion and release it publicly.


**Per Curiam**


           **FOR THE COURT:**
           Mark J. Langer, Clerk

     BY:    /s/
           Jennifer M. Clark
           Deputy Clerk